FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 0 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00287-BNB

MR. JOSEPH WILLIAM JEAN-LOUIS,

Plaintiff,

v.

WARDEN DANIELS, and
HOSPITAL ADMINISTRATOR MS. COLLINS,

Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff, Joseph William Jean-Louis, is an inmate at the United States Penitentiary in Florence, Colorado. Mr. Jean-Louis initiated this action by filing ***pro se*** a complaint and two documents titled "Motion for Court Order." In an order filed on February 16, 2011, Magistrate Judge Boyd N. Boland directed Mr. Jean-Louis to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Jean-Louis to file on the proper form a Prisoner Complaint and either to pay the filing fee or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Jean-Louis was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On February 18, 2011, Mr. Jean-Louis filed an amended complaint that was not on the proper form. On March 4, 2011, Mr. Jean-Louis filed a document titled "Complaint Plus Motion for Immediate Court Order to Transfer Jean-Louis to Another

Federal Facility." On March 11, 2011, Mr. Jean-Louis filed on the proper form a Prisoner Complaint and a letter to the Court stating that the filing fee would be paid in approximately one week.

Mr. Jean-Louis has failed to cure all of the deficiencies within the time allowed because he has failed either to pay the filing fee or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the complaint, the amended complaints, and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Jean-Louis failed to cure all of the deficiencies as directed. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 30th day of March, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00287-BNB

Joe W Jean-Louis
Reg. No. 23345-048
USP Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 30, 2011.

GREGORY C. LANGHAM, CLERK

By:____________________
Deputy Clerk